WILLIAM M. KUNTZ   # 153052
Attorney at Law
4780 Arlington Avenue
Riverside, CA 92504
(951) 343-3400
Fax (951) 343-4004
E-Mail: KuntzSSlaw @sbcglobal.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

DEBORAH SUE GARCIA,        )      CASE NO.: **EDCV 13-1356 DTB**
                          )
            Plaintiff,     )      [~~PROPOSED~~] ORDER AWARDING
                          )      EAJA FEES
        v.                 )
                          )
CAROLYN W. COLVIN, Acting  )
Commissioner of Social Security )
Administration,            )
                          )
            Defendant.     )
_____ )

        Based upon the parties' Stipulation for Award and Payment of Equal Access

to Justice Act (EAJA) Fees ("Stipulation"),

        **IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the

Equal Access to Justice Act, ("EAJA") in the amount of THREE THOUSAND

ONE HUNDRED FIFTY DOLLARS and no/cents ($3,150.00), as authorized by

28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

        DATED: October 8, 2014

                          UNITED STATES MAGISTRATE JUDGE

1